Decided November 10, 2009

SCOTT LEWIS *v.* COMMISSIONER OF CORRECTION

The petitioner Scott Lewis' petition for certification for appeal from the Appellate Court, 116 Conn. App. 400 (AC 29760), is denied.

*Scott Lewis*, pro se, in support of the petition.

*James A. Killen*, senior assistant state's attorney, in opposition.

Decided November 10, 2009